Sharon NICHOLS, Appellant,

v.

Charlotte BLEYENBERG, Respondent.

No. WD 38238.

Missouri Court of Appeals, Western District.

Dec. 30, 1986.

Rehearing Denied Feb. 3, 1987.

Allan J. Fanning, Kansas City, for appellant.

Lance W. LeFevre, Kansas City, for respondent.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from a judgment entered on a directed verdict in a civil action for damages.

Appeal dismissed. Rule 84.16(b).